for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Frederic R. Coudert, J. Harry Covington, Mahlon B. Doing,* and *Spencer Gordon,* for Behn, Meyer & Company. *Solicitor General Hughes, Assistant Attorney General Farnum,* and *Mr. Claude R. Branch* for Sutherland et al.

No. 361. FEDERAL ELECTRIC CO., INC., *v.* FLEXLUME CORP'N; and

No. 362. CHICAGO MINIATURE LAMP WORKS ET AL. *v.* SAME. October 21, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Clarence E. Mehlhope* and *Drury W. Cooper* for petitioners. *Messrs. Wallace R. Lane* and *John S. Powers* for respondent.

No. 366. SYMINGTON-ANDERSON Co. *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. October 21, 1929. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. R. Kemp Slaughter* for petitioner. *Solicitor General Hughes* and *Mr. Sewall Key* for respondent.

No. 367. YELLOW MOTOR Co. *v.* BRODERICK ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Lon O. Hocker* for petitioner. No appearance for respondents.

No. 368. McCARTHY *v.* U. S. FIDELITY & GUARANTY Co. October 21, 1929. Petition for writ of certiorari to the